156 So.2d 607

**Sterling E. LITTLE and Raymond B. Hayes**

**v.**

**Robert G. HAIK.**

**No. 46910.**

Oct. 10, 1963.

Court of Appeal, Fourth Circuit. 154 So. 2d 507.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.